**Electronically Filed**
**Supreme Court**
**SCWC-16-0000845**
**07-JAN-2021**
**08:52 AM**
**Dkt. 44 ODMR**

SCWC-16-0000845

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DONNA LEE CHING,
Petitioner/Plaintiff-Appellant/Cross-Appellee,

vs.

NANCY LOO DUNG, Individually, and as Trustee under that certain
unrecorded Nancy Loo Dung Revocable Living Trust dated
September 8, 1993; The Estate of DENNIS QUAN KEONG DUNG,
DECEASED AS Trustee under that certain unrecorded Irrevocable
Trust for Dixon Quan Hon Dung, dated June 21, 1995, and as
Trustee under that certain unrecorded Nancy Loo Dung Revocable
Living Trust dated September 8, 1993; PATSY BOW YUK DUNG,
Individually, and as Trustee under that certain unrecorded
Revocable Trust Agreement dated August 19, 2003;
DIXON QUAN HON DUNG; BILLIE DUNG; ANNETTE KWAI FAH DUNG;
DENBY DUNG; DARAH DUNG; DEAN DUNG,
Respondents/Defendants-Appellees/Cross-Appellants.
(CIVIL NO. 07-1-1116-06)

---

DONNA L. CHING, Individually,
Petitioner/Plaintiff/Counterclaim
Defendant-Appellant/Cross Appellee,

vs.

ANNETTE KWAI FAH DUNG, Personal Representative of the Estate of
Dennis Quan Keong Dung; PATSY BOW YUK DUNG, Trustee of the
Revocable Trust of Patsy Bow Yuk Dung, Individually; BILLIE DUNG,
Individually; DARAH DUNG, Individually; DEAN DUNG, Individually;
DENBY DUNG, Individually,
Respondents/Defendants/Counterclaim
Plaintiffs-Appellees/Cross-Appellants.
(CIVIL NO. 13-1-2929-11)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000845)

ORDER DENYING DEFENDANTS/APPELLEES/CROSS-APPELLANTS'
MOTION FOR RECONSIDERATION OF THE OPINION FILED DECEMBER 21, 2020
(By: Nakayama, Acting C.J., Wilson, and Eddins, JJ.,
Circuit Judge Crabtree, in place of Recktenwald, C.J., recused,
and Circuit Judge Tonaki, in place of McKenna, J., recused)

Upon consideration of Respondents/Defendants-

Appellees/Cross-Appellants' motion for reconsideration, filed on

December 30, 2020, and the record and files herein,

IT IS HEREBY ORDERED, that the motion is denied.

DATED: Honolulu, Hawai'i, January 7, 2021.

/s/ Paula A. Nakayama

/s/ Michael D. Wilson

/s/ Todd W. Eddins

/s/ Jeffrey P. Crabtree

/s/ John M. Tonaki

2